# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0445, <u>Sanjeev Lath v. Jared Dufresne</u>, the court on March 9, 2020, issued the following order:**

Having considered the brief and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Sanjeev Lath, appeals an order by the Circuit Court (<u>Coughlin</u>, J.) in his small claim against the defendant, Jared Dufresne, denying the plaintiff's motion for access to the Department of Motor Vehicle's (DMV) records regarding the defendant. The plaintiff contends that the denial of his motion was an unsustainable exercise of discretion. However, in light of the DMV's regulations regarding access to such records, he has failed to establish that he was prejudiced by the trial court's ruling. <u>See</u> <u>In the Matter of St. Pierre & Thatcher</u>, 172 N.H. 209, 216 (2019) (stating party seeking to establish trial court unsustainably exercised its discretion must demonstrate that ruling was unreasonable or untenable to the prejudice of party's case).

<u>Affirmed</u>.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**